JS-6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL HARRIS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUZANNA SANCHEZ d/b/a J & S PARTY SUPPLIES; EVANS LAWNMOWERS, INC.; and DOES 1 to 10,<br><br>　　　　Defendants. | Case No. 8:25-cv-01614-JWH-KESx<br><br>**JUDGMENT** |

Pursuant to the Scheduling Notice and Order [ECF No. 20] entered on or about November 3, 2025, and in accordance with Rules 41(b) and 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED, ADJUDGED,** and **DECREED** as follows:

1. This action, including all claims asserted herein, is **DISMISSED.**
2. To the extent that any party requests any other form of relief, such request is **DENIED.**

**IT IS SO ORDERED.**

Dated: December 8, 2025

John W. Holcomb
UNITED STATES DISTRICT JUDGE